# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-04-00008-CR
NO. 03-04-00015-CR

**Rebecca Jo Allen, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY
NOS. 31,153 & 31,508, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

After pleading guilty, appellant Rebecca Jo Allen was convicted of resisting arrest and obstructing a highway. *See* Tex. Pen. Code Ann. §§ 38.03, 42.03 (West 2003). Pursuant to a plea agreement, the court assessed her punishment at incarceration for 150 days and a $600 fine in the former cause, and at 90 days and a $300 fine in the latter. In both causes, imposition of sentence was suspended and appellant was placed on community supervision.

Appellant represents herself on appeal. She has filed a brief raising three points of error: (1) the court abused its discretion by ruling that the warrantless search of appellant's property was reasonable; (2) the probative value of the evidence seized during the search was substantially outweighed by the risk of unfair prejudice; and (3) evidence of appellant's prior drinking was erroneously admitted. The record does not reflect that these matters were raised by written motion

filed and ruled on before trial.  *See* Tex. R. App. P. 25.2(a)(2)(A).  After the appeals were set for submission, the Court received the trial court's certification that appellant has no right of appeal in these plea bargain cases.  *See id*. rule 25.2(d).

For the reasons stated, the appeals are dismissed.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:  May 13, 2004

Do Not Publish